**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Maria LEON, a.k.a. Chata, Defendant–Appellant.**

No. 09–50297.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 14, 2011.

Christopher Brunwin, Ariel Neuman, Michael J. Raphael, Esquire, Assistant U.S. Attorneys, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Shawn R. Perez, Law Offices of Shawn R. Perez, Las Vegas, NV, for Defendant–Appellant.

Maria Leon, Dublin, CA, pro se.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Maria Leon appeals from her 100–month sentence for a racketeer influenced and corrupt organizations conspiracy, in violation of 18 U.S.C. § 1962(d), and conspiracy to distribute cocaine base in the form of crack cocaine, in violation of 21 U.S.C.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§§ 846, 841(a)(1), (b)(1)(B). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Leon's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**, and the sentence is **AFFIRMED**.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. Fed. R. App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.